1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                          |   No. 2:23-cv-02641-TLN-KJN

IN RE:  STEVEN WAYNE BONILLA

12                                          |   No. 2:23-cv-02642-TLN-KJN

13                                          |   No. 2:23-cv-02643-TLN-KJN

14                                          |   No. 2:23-cv-02644-TLN-KJN

15                                          |   No. 2:23-cv-02645-TLN-KJN

16                                          |   No. 2:23-cv-02646-TLN-KJN

17                                          |   No. 2:23-cv-02647-TLN-KJN

18                                          |   No. 2:23-cv-02648-TLN-KJN

19                                          |   No. 2:23-cv-02649-TLN-KJN

20                                          |   No. 2:23-cv-02650-TLN-KJN

21                                          |   **ORDER**

22

23

24         Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25 above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26 litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27 proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28 Alameda County.  (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of the Court to open a new case for each attempted new case pleading and assign it to the undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case will be ordered dismissed and closed.  (*Id.*)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, the complaints/petitions in Case Nos. 2:23-cv-02641, 2:23-cv-02642, 2:23-cv-02643, 2:23-cv-02644, 2:23-cv-02645, 2:23-cv-02646, 2:23-cv-02647, 2:23-cv-02648, 2:23-cv-02649 and 2:23-cv-02650 are hereby DISMISSED.  The Clerk of the Court is directed to close these cases.  No further filings will be accepted.

IT IS SO ORDERED.

Dated:  January 17, 2024

Troy L. Nunley
United States District Judge